UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEICO CASUALTY COMPANY,

    Plaintiff,

v.                                                      Case No. 8:11-cv-157-T-30AEP

MICHAEL WEIMER and
TROY HIERLMEIER,

    Defendants.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #3). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 23, 2011.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-157.dismiss 3.wpd